IT IS SO ORDERED.

Dated: April 19, 2013
     11:26:09 AM

_____
Kay Woods
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 |
| | ) | |
| DALE R. SULLIVAN | ) | CASE NO. 10-44622 |
| BARBARA N. SULLIVAN | ) | |
| | ) | |
| Debtor(s) | ) | **ORDER PROVIDING FOR INCREASED** |
| | ) | **DIVIDEND TO UNSECURED CREDITORS** |
| | ) | **AS A RESULT OF TAX REFUND** |

     THIS MATTER IS BEFORE THE COURT upon the subjoined consents of the Trustee and the debtor('s') attorney to increase the dividend to be paid to unsecured creditors, no notice having been given as none is required, and consent to the within Order having been entered by Attorney Michael A. Gallo, Standing Chapter 13 Trustee, and undersigned counsel for debtor(s); and,

     IT APPEARING TO THE COURT that the debtor('s') confirmed plan now in effect provides for a dividend to general unsecured creditors of 22%; and,

     IT FURTHER APPEARING that as a result of additional funds to be received by the Trustee from the debtor('s') 2012 tax refund in the amount of $3,070.00, a dividend of not

less than 26% can now be paid to general unsecured creditors; and,

IT FURTHER APPEARING that there is no adverse effect upon the creditors of the debtor('s') estate in that the dividend to be paid to unsecured creditors is being increased pursuant to the terms of the within Order.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that unsecured creditors shall be paid a dividend of not less than 26% of their allowed claims in the within Chapter 13 case. Debtor('s') current monthly Chapter 13 plan payment is not changed by this Order.

###

SUBMITTED & APPROVED BY:


/S/ MICHAEL A. GALLO, TRUSTEE
MICHAEL A. GALLO, TRUSTEE

/S/ BRUCE EPSTEIN, ESQUIRE
BRUCE EPSTEIN, ESQUIRE
Attorney for Debtor(s)

CH13:sjm Sullivan.Ord 3/28/13

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 |
| | ) | |
| DALE R. SULLIVAN | ) | CASE NO. 10-44622 |
| BARBARA N. SULLIVAN | ) | |
| | ) | |
| Debtor(s) | ) | KAY WOODS |
| | ) | U.S. BANKRUPTCY JUDGE |

## INSTRUCTIONS TO CLERK

Please serve the following with a copy of the ORDER PROVIDING FOR INCREASED DIVIDEND TO BE PAID TO UNSECURED CREDITORS AS A RESULT OF TAX REFUND:

BRUCE EPSTEIN, ESQUIRE
5500 Market Street, Suite 101
Youngstown, OH 44512
(Attorney for Debtors)

DALE R. SULLIVAN
BARBARA N. SULLIVAN
234 Upland Ave.
Youngstown, OH 44504-1849
(Debtors)

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503
(Standing Chapter 13 Trustee)